NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-350

CHARLES R. QUINN

VERSUS

CONTINENTAL INS. CO., ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 202,199
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED AS AMENDED.**

Dorwan Gene Vizzier
Broussard, Bolton, Halcomb & Vizzier
P. O. Box 1311
Alexandria, LA 71309-1311
(318) 487-4589
Counsel for Plaintiff/Appellant:
    Charles R. Quinn

Edward E. Rundell
Gold, Weems, Bruser, Sues, & Rundell
P. O. Box 6118
Alexandria, LA 71307-6118
(318) 445-6471
Counsel for Defendants/Appellees:
    Transportation Insurance Co.
    Jerome O. Havens
    Louisiana Fountain Supply Co. of Alexandria